UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) ) ) ) ) | Crim. No. 16-10 (CRC) |
| v. | | |
| ANDREA TURK | | |

**DEFENDANT'S MOTION FOR EARLY TERMINATION
OF PROBATION**

Defendant, Andrea Turk, through undersigned counsel, respectfully moves the Court for Early Termination of her term of Probation.

In Support of the motion undersigned counsel states.

1.	On November 3, 2015, Ms. Turk was presented in Magistrate Court on a criminal complaint charging her with Theft of Government Funds in violation of 18 USC § § 641. Without objection Ms. Turk was released on her personal recognizance and a preliminary hearing was scheduled on November 18, 2015. With the goal of securing a pre-indictment disposition, Ms. Turk continued her preliminary hearing and moved to exclude time under the Speedy Trial Act on November 18, 2015 and then on December 22, 2015.

2	On February 2, 2016, Ms. Turk appeared before the Honorable Gladys Kessler and entered a guilty plea to one count of Theft of Government Funds in violation of 18 USC § § 641 and 2.  Notwithstanding the entry of a guilty plea, the Court maintained the conditions of release pending Ms. Turk's sentencing hearing. While she was on release, Ms. Turk's compliance was from November 3, 2015 was impeccable.  On May 3, 2016 Judge Kessler

1

sentenced Ms. Turk to five years of probation, ordered restitution in the amount of $5,015.00 and a special assessment of $100.00 dollars.

3.   Ms. Turk's compliance during the four years that she's been on Probation has been exemplary.  Three months after the sentencing hearing, Ms. Turk used her entire Thrift Savings Plan money of $2,730.61 to pay more than half of the outstanding restitution she owed. See ECF No. 22. Ms. Turk has finished paying off the remainder of the restitution as well as the special assessment. In four years of probation Ms. Turk has fully satisfied every condition.

4.   After the significant setback and disappointment of being convicted of a felony, Ms. Turk has demonstrated remarkable resilience in putting her life back together. As a single parent, Ms. Turk has been a true role model to her two daughters. Her twenty-one year old daughter received an athletic scholarship and is enrolled in Coppin State University. Her thirteen year old is a member of the National Junior Honor Society and is enrolled in the Talented and Gifted program at her school.

5.   Ms. Turk has gamely overcome the obstacles of the felony conviction and achieved professional goals that would've seemed beyond reach when she was sentenced by Judge Kessler.  Through perseverance and the motivation to be a source of pride to her daughters, Ms. Turk has become a Human Resource expert. During the four years of probation she has been employed by GL-Solutions, Eastern Foundry and currently by F2 Solutions.  She initially got her start as Human Resource Generalist with GL-Solutions.  GL-Solutions provides human resources services for contractors who are unable to have a full time human resource administrator. As an HR Generalist, Ms. Turk processed the contractor's payroll and benefits, conducted performance evaluations, advised in the areas of work improvement and efficiency,

terminations, accounts payable, accounts receivable and financial audits. For Eastern Foundry she handled payroll and benefits administration along with the other assignments she had with GL-Solutions. In F2 Solutions she is the Human Resource manager. Aside from doing some of the HR generalist work, she now participates in the recruitment process, and creates personal files for employees. She's been with F2 since March.

6. Under Title 18 United States Code section 3564(c), the Court has the authority to grant early termination of a previously imposed term of probation. Section 3564 (c) provides in part:

> The court, after considering the factors set forth in section 3553(a) to the extent that they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the defendant at any time in the case of a misdemeanor or an infraction or at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

7. Ms. Turk' s strict compliance with all the conditions of probation proves that she took Judge Kessler's instructions and advise seriously. Since her sentencing hearing in February 2016, Ms. Turk has been a productive citizen and has not had a single contact with law enforcement proving that she has been deterred from engaging in any illegal conduct. Equally important and true to her character, Ms. Turk continues to be a great source of inspiration, support and model to her two young daughters. In short, her conduct since her initial appearance on February 3, 2015 speaks for itself and demonstrates that terminating probation will serve the interests of justice. Lastly, terminating probation will mean that scarce public funds will no longer be used to supervise her when there is no appreciable need to do so.

8.	Undersigned counsel reached out to Assistant United States Attorney Michelle Zamarin to review and state a position on Ms. Turk's Motion for Early Termination of Probation. Ms. Zamarin stated that the government defers to the recommendation of the Probation Officer.

9.	Ms. Turk has been supervised by the District of Maryland under courtesy supervision. On July 7, 2020, Probation Officer Adelle Awkward informed undersigned counsel that she does not object early termination of Ms. Turk's probation. Ms. Awkward amplified her position in stating that Ms. Turk is supervised as a low risk, that she has a stable residence, has secured new employment and has "satisfied all conditions of supervision" including her financial obligations.

Wherefore, in view of Ms. Turk's exemplary performance on Probation, her request for early termination is a reasonable, earned and warranted. Ms. Turk respectfully moves the Court pursuant to 18 U.S.C. § 3564(c) and Federal Rule of Criminal Procedure 32.1(b) for early termination of her term of Probation.

Respectfully submitted,
A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004